McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KAUR, <br><br> Plaintiff, <br><br> v. <br><br> Michael Chertoff, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 07-F-CV-1616 LJO GSA <br><br> JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his application for naturalization, pursuant to 8 U.S.C. § 1447(b). Defendants respectfully inform the Court that plaintiff Kaur's application is currently pending clearance by the Federal Bureau of Investigations. CIS has requested that the name check be expedited in this case. Once the FBI has completed the name check, CIS will resume the processing of the application in the most expedited manner possible. Toward the end of resolving the matter at the agency level, the parties therefore stipulate to a 60-day extension of time for the filing of the government's answer.

    The parties stipulate that the time for filing the government's answer be extended to March 4, 2008, and that the scheduling conference, currently set for that same date, be reset to sometime after the new answer due date.

Dated: January 3, 2008

                McGREGOR W. SCOTT
                United States Attorney

By:  /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:  /s/ James M. Makasian
      James M. Makasian
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 4, 2008, and that the scheduling conference is reset to April 21, 2008 at 8:15 a.m. in Courtroom 4 (LJO).  .

IT IS SO ORDERED.

**Dated:   January 4, 2008**      /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE