McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDERJIT KAUR, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MICHAEL CHERTOFF, et al., <br><br>　　　　Defendants. | CV 07-CV-1616 LJO GSA <br><br><br><br>**STIPULATION RE: REMAND AND RESPONDENTS' ANSWER AND ORDER** |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. The delay in the agency adjudication of the application was in the Federal Bureau of Investigations' (FBI) processing of the background name check. As of the time of this filing, the name check is now complete, and the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 60 days from the date of the order of remand. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

| | |
|---|---|
| Dated: February 5, 2008 | Respectfully Submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | By:  /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Respondents |
| | By:  /s/ James M. Makasian<br>James M. Makasian<br>Attorney for the Petitioner |

## ORDER

Based on the parties' stipulation and good cause, this Court:

1. REMANDS this matter to the United States Citizenship and Immigration Service to complete adjudication of plaintiff's application for naturalization no later than April 11, 2008; and

2. ORDERS the parties, no later than April 11, 2008, to file either: (1) papers to dismiss this action in its entirety; or (2) a joint report on the status of adjudication by the United States Citizenship and Immigration Service and whether the parties request a conference to schedule additional proceedings.  This Court will close this action if the parties fail to timely file papers to dismiss this action or a status report.

IT IS SO ORDERED.

**Dated:   February 20, 2008**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE