# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

INDERJIT KAUR,

        Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary of Homeland Security, et al.

        Defendants.

CASE NO. CV F 07-1616 LJO GSA

**ORDER TO DISMISS CASE**

On November 26, 2007, Plaintiff Inderjit Kaur ("Plaintiff") filed a complaint seeking a writ of mandamus and declaratory judgment to compel Defendants to adjudicate Plaintiff's naturalization application. On February 21, 2008, this Court remanded this matter to the United States Citizenship and Immigration Service ("USCIS") to complete adjudication of Plaintiff's naturalization application no later than April 11, 2008. On March 3, 2008, Defendants filed a Notice of Administrative Adjudication, demonstrating that, per the order of remand, USCIS completed adjudication of Plaintiff's naturalization application. Plaintiff has been scheduled for the April 2008 naturalization oath ceremony. Because Plaintiff received the relief sought, no case or controversy exists and this action is rendered moot. Accordingly, this Court:

1. DISMISSES the case; and
2. DIRECTS the clerk to close this action. IT IS SO ORDERED.

**Dated:   March 4, 2008**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE